No. 760, Misc. MCKNIGHT *v.* BETO, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se.* *Waggoner Carr,* Attorney General of Texas, and *Howard M. Fender* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 953, Misc. JOHNSON *v.* BENNETT, DIRECTOR, BUREAU OF PRISONS, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for respondents.

No. 1004, Misc. WILSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for the United States.

No. 1019, Misc. JONES *v.* JONES. Appellate Court of Illinois, First District. Certiorari denied.

No. 1029, Misc. GAGER *v.* LADD, COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for respondent.

No. 1076, Misc. LANE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 1107, Misc. SCHNEIDER *v.* WEISSBERGER ET AL. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 1137, Misc. D'AMBROSIO *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied. Petitioner *pro se.* *Edward S. Silver* and *Aaron E. Koota* for respondent.